EMMA FERRARI, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Ferrari* v. *N. Y. C. & H. R. R. R. Co.*, 162 App. Div. 6, affirmed. (Argued March 16, 1917; decided April 3, 1917.)

APPEAL from a judgment entered June 18, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages for the destruction of personal property alleged to have been delivered to the defendant as a common carrier for transportation from New York to Burlington, Vt., which was destroyed by fire through the negligence of the defendant. The

defendant substantially denied each and every allegation of the complaint except that it is a domestic corporation, owning and controlling a line of railroad, and alleged that the property referred to in the complaint was received by it under a special contract for transportation, according to which the defendant agreed to furnish the use of its railroad and equipment for the loading, movement and unloading of the property, but not as a carrier, and whereby the defendant claims to be exempted from liability for the negligence asserted in the complaint, and that the damage claimed, if any, occurred while the property was in transit pursuant to the terms of such special agreement.

*Charles Goldzier* and *Louis J. Vorhaus* for appellant.

*William Mann, Jacob Aronson* and *Alexander S. Lyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CRANE, J. Not sitting: McLAUGHLIN, J.